ACCEPTED
04-15-00341-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/8/2015 2:57:17 PM
KEITH HOTTLE
CLERK

NO. 04-15-00341-CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/8/2015 2:57:17 PM
KEITH E. HOTTLE
Clerk

_____

BEXAR COUNTY CIVIL SERVICE COMMISSION

Appellants

vs.

CARMELLA GUERRERO

Appellee

_____

**APPELLEE'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED
APPELLEE'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Comes now Appellee, Carmella Guerrero and pursuant to TEX. R. APP. P. 38.7 and moves this Court to grant her leave to file her Amended Appellee's Brief to correct clerical errors contained in the brief.

I.

Appellee Carmella Guerrero timely filed her Appellee's Brief on December 4, 2015. After reviewing Appellee's Brief on December 7, 2015, counsel for Appellee discovered a few clerical errors in the brief. In the interest of justice and to ensure the brief is understood by this Court and the parties, Appellee hereby

1

requests that this Court grant her leave to file her Amended Appellee's Brief, which corrects the clerical errors. *See* TEX. R. APP. P. 38.7. The Amended Appellee's Brief is filed as an exhibit hereto.

II.

For the above and foregoing reasons, Appellee respectfully requests that this Court grant her leave to file her Amended Appellee's Brief. The undersigned communicated with Clarkson F. Brown, Attorney for Appellant Bexar County Civil Service Commission, and he indicated Appellant does not oppose this Motion.

WHEREFORE, premises considered, Appellee, Carmella Guerrero, prays that this Court grant her leave to file her Amended Appellee's Brief. Appellee prays for such other and further relief both in law and in equity to which she may be justly entitled to receive.

Respectfully submitted,

/s/ Robert W. Clore_____
Robert W. Clore
State Bar No. 24012436
15481 South Padre Island Drive
Suite 101
Corpus Christi, Texas 78418
Telephone: (361) 558-3527
Facsimile: (361) 949-0908
rclore@robclorelaw.com

Orlando Lopez
Lopez Scott, L.L.C.
State Bar No. 2401096
3703 N. St. Mary's Street, Suite 200
San Antonio, Texas 78212
Telephone: (210) 472-2100
Telecopier: (210) 472-2101
olopez@lopezscott.com

**ATTORNEYS FOR APPELLEE, CARMELLA GUERRERO**

**CERTIFICATE OF CONFERENCE**

I, Robert W. Clore, certify that I communicated with Clarkson F. Brown, Attorney for Appellant, Bexar County Civil Service Commission, and he indicated that Appellant does not oppose this Motion.

/s/ Robert W. Clore_____
ROBERT W. CLORE

**CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 8th day of December, 2015.

Clarkson F. Brown, Attorney for the Bexar County Civil Service Commission, cbrown@bexar.org.


**VIA E-FILING**

/s/ Robert W. Clore_____
Robert W. Clore